IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| REIDAR CARROLL ARDEN | : | NO. 98-379 |

### O R D E R

AND NOW, this 7th day of July, 2009, upon consideration of the motion(s) of Reidar Carroll Arden, including the Supplemental Motion For Judgment Of Acquittal (Docket No. 114), the Government's Opposition To Defendant's Motion Pursuant To Rule 29 For Acquittal On Counts Six Through Thirteen Of The Indictment (Docket No. 116), and the trial record of this matter, it is hereby ORDERED that the Defendant's Post-Trial Motion(s) whether for acquittal or a new trial[6] are **DENIED**.

BY THE COURT:

  /s/ Gene E.K. Pratter
Gene E.K. Pratter
*United States District Judge*

---

[6] As indicated in the accompanying Memorandum, the Defendant has not been precise as to the full extent of his post-trial motions, leaving some considerable ambiguity as to the arguments and rules upon which the Defendant has elected finally to rely. Accordingly, the Court intends this Order to address the entirety of the Defendant's pending post-trial motions, be they brought under Rule 29 or Rule 33 and whether or not Mr. Arden has taken advantage of the many extra opportunities extended to him to explain his grounds.